CASSANDRA J. RICHEY
State Bar No. 155721
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3990 E. Concours Street, Suite 350
Ontario, California 91764
(626) 371-7000 – Phone
(972) 661-7726 - Fax
File No. 10380616
ndcaecf@BDFGroup.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>ANGELA ELEANOR SANDERS,<br>AKA ANGELA SANDERS,<br><br>        Debtor.<br>_____<br>ANGELA ELEANOR SANDERS<br>AKA ANGELA SANDERS,<br><br>        Plaintiff,<br><br>vs.<br><br>VWH CAPITAL MANAGEMENT, LP;<br>VRMTG ACQ, LLC; VRMTG ASSET<br>TRUST; US BANK TRUST, NA, Not in Its<br>Individual Capacity, but Solely as Owner<br>Trustee for VRMTG Asset Trust; FAY<br>SERVICING, LLC; FEDERAL HOME<br>LOAN MORTGAGE CORPORATION;<br>SPECIALIZED LOAN SERVICING, LLC;<br>WELLS FARGO BANK, NA and DOES<br>1 to 100,<br><br>        Defendants. | ADV NO.:   25-04001-CN-13<br>CHAPTER:   13<br>BK NO.:      16-40374-CN-13<br><br>MOTION TO DISMISS PLAINTIFF'S<br>COMPLAINT OR, IN THE ALTERNATIVE,<br>FOR A MORE DEFINITE STATEMENT<br><br>DATE:      March 14, 2025<br>TIME:       11:00 a.m.<br>PLACE     Courtroom 215<br>             U.S. Bankruptcy Court<br>             Northern District of California<br>             Oakland Division<br>             1300 Clay Street, 2nd Floor<br>             Oakland, CA 94604-1426 |

1

MOTION TO DISMISS PLAINTIFF'S COMPLAINT

WELLS FARGO BANK, N.A. ("Wells Fargo" or "Defendant") hereby moves this Court for an order dismissing Wells Fargo from the Complaint ("Complaint") filed by Plaintiff Angela Eleanor Sanders ("Plaintiff").

This motion is made pursuant to Federal Rule of Civil Procedure ("FRCP"), Rule 12(b)(6) made applicable to bankruptcy cases by Federal Rule of Bankruptcy Procedure, Rule 7012(b)(6) and is based on the grounds that Plaintiff's Complaint and each of the causes of action fail to state a claim upon which relief can be granted. Plaintiff has failed to state a claim or provide new evidence for matters that have already been decided by a final and unappealable Order.

In the alternative, Wells Fargo moves this Court pursuant to Federal Rule of Civil Procedure Rule 12(b)(c) for a more definite statement. Such motion will be brought on the grounds that, after reviewing the non-conclusive allegations of the Complaint, Plaintiff has not pled essential facts which give rise to a claim against Wells Fargo.

This Motion is based upon this Motion, the Memorandum of Points and Authorities, Request for Judicial Notice and Exhibits filed concurrently herewith, and such other papers and pleadings and arguments of counsel as may be presented to the Court at or before the hearing on the Motion.

THEREFORE, Wells Fargo moves, as follows:

1. For an order by this Court dismissing Plaintiff's Complaint, with prejudice;

2. Alternatively, if this Court does not dismiss all of the causes of action asserted against Wells Fargo, Plaintiff should be ordered to set forth the specific facts supporting each count they assert; or,

3. Any further relief the Court deems just and proper.

                                                                               Respectfully submitted,

                                                                               BARRETT DAFFIN FRAPPIER
                                                                               TREDER & WEISS, LLP

Dated: February 12, 2025                   By:    /s/ Cassandra J. Richey
                                                                               CASSANDRA J. RICHEY
                                                                               Attorneys for Defendant
                                                                               WELLS FARGO BANK, N.A.